UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

TIMOTHY LEROY WILLIAMS,

Petitioner,

v.

BRIAN E. WILLIAMS, *et al.*,

Respondents.

Case No. 3:18-cv-00116-MMD-WGC

ORDER

Petitioner has filed a habeas petition under 28 U.S.C. § 2254 without properly commencing the action by paying the filing fee or filing a pauper application. Although petitioner submitted a financial certificate and an inmate account statement, attachments that must be included with an *in forma pauperis* application, he did not submit the application itself. LSR 1-1.

It does not appear that a dismissal without prejudice would materially impact the application of the limitation period in a promptly filed new action or otherwise cause substantial prejudice.[1]

This improperly commenced action therefore will be dismissed without prejudice.

It therefore is ordered that this action is dismissed without prejudice. Petitioner must refile his petition, and either pay the filing or fee or submit a complete pauper application, in a new action only, and will not file any more documents in this case.

---

[1] The record reflects that state postconviction proceedings related to the instant petition have not yet concluded. (*See* ECF No. 1-1 at 90 (Nevada Court of Appeals order dismissing petitioner's appeal on the grounds that the trial court had not yet entered a final order on petitioner's habeas petition)).

It further is ordered that a certificate of appealability is denied. Jurists of reason would not find debatable whether the Court was correct in its dismissal of the action without prejudice on procedural grounds, for the reasons discussed herein.

It further is ordered, pursuant to Rule 4 of the Rules Governing Section 2254 Cases, that the Clerk make informal electronic service upon respondents by adding Nevada Attorney General Adam P. Laxalt as counsel for respondents and directing a notice of electronic filing of this order to his office. No response is required from respondents other than to respond to any orders of a reviewing court.

It is further ordered that the Clerk of Court send petitioner a copy of all his papers in this action, along with copies of the forms and instructions for an inmate pauper application and habeas petition.

It is further ordered that the Clerk of Court enter final judgment accordingly, dismissing this action without prejudice.

DATED THIS 19th day of March 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE